**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| John Thomas Riley | : | Case No.: 12-21792 |
| Kimberly Ann Riley | : | Chapter 13 |
| | : | Judge Tracey N. Wise |
| **Debtors.** | : | * * * * * * * * * * * * * * * * * * * * * |
| | : | |

## MOTION FOR RELIEF FROM STAY
## AS TO REAL ESTATE LOCATED AT
## 9945 COBBLESTONE BLVD., INDEPENDENCE, KY 41051 (FIRST MORTGAGE)

Comes now BMO Harris Bank N.A., its successor and assigns, (hereinafter "Movant"), a creditor in the above-referenced by counsel, and moves the court pursuant to 11 U.S.C. § 362(d) for an order granting relief from the automatic stay in order that Movant may enforce its lien against the real estate of the Debtor located at 9945 Cobblestone Blvd., Independence, KY 41051.

In support of its motion, Movant offers the attached memorandum.

                                            Respectfully submitted,

                                            /s/ John R. Cummins

                                            John R. Cummins (KBA #84631)
                                            Amy E. Gardner (93532)
                                            Manley Deas Kochalski LLC
                                            P.O. Box 165028
                                            Columbus, OH  43216-5028
                                            614-220-5611; Fax: 614-627-8181
                                            Attorneys for Creditor
                                            The case attorney for this file is John R. Cummins.
                                            Contact email is jrc@manleydeas.com

15-004130_SEN

## MEMORANDUM IN SUPPORT OF
## MOTION FOR RELIEF FROM STAY

1. The Debtor filed a petition for relief under Chapter 13 on September 21, 2012.

2. The trustee of the estate of the Debtor in this case is Beverly M. Burden.

3. Movant has a secured claim in this case in the principal amount of $114,384.46 plus 6.36% interest per annum. The claim is secured by a security interest in the following collateral: real property located at 9945 Cobblestone Blvd., Independence, KY 41051 and more fully described in the mortgage.

4. The security interest was perfected by the filing of the mortgage.

5. The loan was modified as set forth in the Loan Modification Agreement attached as an exhibit.

6. As evidenced by the Certificate of Merger attached as an exhibit hereto, BMO Harris Bank National Association became successor by merger to M&I Bank National Association.

7. A copy of the Proof of Claim filed in this case by Movant, along with copies of the note, security agreement, financing statement and supporting documents establishing the Movant's perfected security interest in the above-described property, is attached hereto.

8. The monthly payments due for December 30, 2013 through April 30, 2015 remain unpaid. The unpaid principal balance of $114,384.46 plus interest of $9,162.54 equals a total of $123,547.00.

9. Movant seeks relief from stay on the following grounds: the interest of the Movant is not adequately protected; or the Debtor has no equity in the property and the property is not necessary to an effective reorganization.

15-004130_SEN

WHEREFORE, Movant respectfully requests that this Court enter an Order terminating the automatic stay to permit Movant to foreclose on its mortgage lien herein described and for such other relief as may be just.

Respectfully submitted,

/s/ John R. Cummins

John R. Cummins (KBA #84631)
Amy E. Gardner (93532)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is John R. Cummins.
Contact email is jrc@manleydeas.com

## NOTICE

Please take notice that parties in interest shall have 14 days from the date of this motion within which to file a response to the motion and a request and notice of hearing on such response. If no response is timely filed, the enclosed order may be entered by the court without a hearing on the motion.

15-004130_SEN

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from Stay (First Mortgage) was served on the parties listed below via e-mail notification on May 27, 2015:

U.S. Trustee, U.S. Trustee, 100 E Vine St, #500, Lexington, KY  40507

Beverly M. Burden, P.O. Box 2204, Lexington, KY  40588, Notices@Ch13EDKY.com

Eric A. Steiden, Attorney for John Thomas Riley and Kimberly Ann Riley, Steiden Law Offices, 411 Madison Avenue, Covington, KY  41011, steiden@fuse.net

and on the below listed parties by regular U.S. mail, postage prepaid on May 27, 2015:

Kimberly Ann Riley, 625 Debbie Lane Apt 15, Erlanger, KY  41018

John Thomas Riley and Kimberly Ann Riley, 9945 Cobblestone Blvd., Independence, KY  41051

BSI Financial Services, Inc., 314 S. Franklin Street, PO Box 517, Titusville, PA  16354

/s/ John R. Cummins

15-004130_SEN