**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | : | |
|---|---|---|
| **In re:** | : | |
| | : | |
| John Thomas Riley | : | Case No.:  12-21792 |
| Kimberly Ann Riley | : | Chapter 13 |
| | : | Judge Tracey N. Wise |
| **Debtors.** | : | * * * * * * * * * * * * * * * * * * * * * |
| | : | |

## ENTRY SUSTAINING MOVANT'S MOTION FOR RELIEF FROM STAY AS TO 9945 COBBLESTONE BLVD., INDEPENDENCE, KY 41051

For good cause shown, BMO Harris Bank N.A., its successor and assigns (hereinafter "Movant")'s Motion for Relief from Stay is hereby granted.

The Court finds that Movant filed a motion that requested relief pursuant to 11 U.S.C. § 362 so that it could accelerate the debt owed by Debtor herein and foreclose its mortgage on real property located at 9945 Cobblestone Blvd., Independence, KY 41051 (hereinafter "Real Estate"), and otherwise pursue Movant's contractual and state law remedies.

The Court further finds that Debtor has not timely filed a written objection to the taking of the proposed action.

Therefore, pursuant to 11 U.S.C. § 362, it is ORDERED that the stay that issued in this action is terminated with respect to Movant, its successors and assigns.

Movant is hereby permitted to take any and all actions necessary to accelerate the balance due on the obligation, to foreclose its mortgage, to sell the collateral in accordance with state law, to apply the net proceeds to this obligation, and to otherwise exercise its contractual and state law rights as to the Real Property.

15-004130_SEN

Submitted by:

John R. Cummins (KBA #84631)
Amy E. Gardner (93532)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is John R. Cummins.
Contact email is jrc@manleydeas.com

Pursuant to Local Rule 9022-1 (b), John R. Cummins shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1 (a) and shall file with the Court a certificate of service of the order upon such parties within seven (7) days hereof.

Copies to:

John R. Cummins
Attorney for Creditor
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
(Notified by ECF)

Office of U.S. Trustee, Eastern District of Kentucky, Party of Interest, 100 East Vine Street, #500, Lexington, KY  40507
(Notified by ECF)

Beverly M. Burden
Chapter 13 Trustee
P.O. Box 2204
Lexington, KY  40588
(Notified by ECF)

Eric A. Steiden
Attorney for Debtor
Steiden Law Offices
411 Madison Avenue
Covington, KY  41011
(Notified by ECF)

Kimberly Ann Riley
Debtor
625 Debbie Lane Apt 15
Erlanger, KY  41018
(Notified by regular US Mail)

John Thomas Riley
Kimberly Ann Riley
Debtors
9945 Cobblestone Blvd.
Independence, KY  41051
(Notified by regular US Mail)

15-004130_SEN

BSI Financial Services, Inc.
Party of Interest
314 S. Franklin Street
PO Box 517
Titusville, PA  16354
(Notified by regular US Mail)

15-004130_SEN

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Friday, July 17, 2015**
**(tnw)**