IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. **12-21792** |
| | | Chapter 13 |
| **John Thomas Riley** | : | |
| **Kimberly Ann Riley** | | Judge Wise |
| | : | |
| Debtors. | | **MOTION TO MODIFY PLAN** |
| | : | |

Now come the Debtors, by and through counsel, and respectfully move this Court to modify the most recently confirmed plan on this case, as set forth hereinbelow. In support of the motion, Debtors submit the following:

1. A plan has been confirmed.

2. Date petition filed: September 21, 2012   Date last modification filed: N/A

3. Date plan confirmed: November 2, 2012   Date last modification confirmed: N/A

   Dates of other modifications: N/A

4. Monthly Plan Payments:

   Current: $245.00                              Proposed: $774.00

Reason for the modification, including any changes in circumstances since last plan:

Debtors request a Plan modification to reflect that Debtors are surrendering the real estate liened in favor of M&I/BMO Harris Bank, N.A. and BSI Financial Services. The Trustee will not pay on the claims of M&I/BMO Harris Bank, N.A. or BSI Financial Services, for any filed mortgage claims until creditors file a deficiency claim. The deficiency claims shall be filed no later than 270 days from the date that the within Plan is confirmed by the Court. If the deficiency claims are filed more than 270 days after the date the Plan is approved, then they shall be deemed disallowed and shall be discharged upon completion of the Plan and entry of Discharge Order. Further, the Trustee shall not make further payments on any real estate tax claim as the debt will be satisfied upon sale of the real property.

WHEREFORE, Debtors pray for a modification of the current plan, and for such additional or alternative relief as may be just and proper.

/s/ Eric A. Steiden
_____
Eric A. Steiden (OH: 0063978   KY: 88321)
STEIDEN LAW OFFICES
411 Madison Avenue
Covington, KY 41011
(859) 581-3328
(513) 684-9910 - fax
esteiden@steidenlaw.com

**NOTICE**

If the relief sought in this Motion is opposed, a written response to the Motion must be filed within twenty-one (21) days of the date of service as set forth in the certificate of service. The Court is authorized to grant the relief requested without further notice should a timely response not be filed.

**CERTIFICATE OF SERVICE**

I hereby certify that, on **August 5, 2015**, a copy of the foregoing Motion to Modify Plan was served on the following registered ECF participants, electronically through the Court's ECF System at the email address registered with the Court:

US Trustee
Beverly M. Burden, Chapter 13 Trustee
John Cummins, Manley Deas Kochalski, on behalf of BMO Harris Bank

and on the following by first class mail addressed to:

John Riley, 9945 Cobblestone Blvd., Independence, KY 41051
Kimberly Riley,  625 Debbie Lane Apt. 15, Erlanger, KY 41018
Accounts Receivable Management, Inc., PO Box 129, Thorofare, NJ 08086-0129
Advance America, 1313 Monmouth Street, Newport, KY 41071
AEGIS Mortgage, 5208 West Reno, Suite 225, Oklahoma City, OK 73127
AllianceOne, 4850 Street Rd., Suite 300, Feasterville Trevose, PA 19053
AmeriCredit, PO Box 183123, Arlington, TX 76096-3123
BMO Harris Bank National, Association sbm to M&I Bank, 111 West Monroe Street, Chicago,
    IL 60603
M&I/BMO Harris Bank, 770 Waters Street, Milwaukee, WI 53202
Broeg Chiropractic, PO Box 1057, Florence, KY 41042
BSI Financial Services, Inc., 314 S. Franklin Street, PO Box 517, Titusville, PA 16354
Cach LLC, 370 17th Street, Suite 5000, Denver, CO 80202
Center for Foot Care, 7344 Hamilton Avenue, Cincinnati, OH 45231
Check Exchange, 3927 Winston Ave, Latonia, KY 41015
Check N Go, 410 Scott Street, Covington, KY 41011

Check Smart, 1571 W. Galbraith Road, Cincinnati, OH 45231
Credit First N.A., PO Box 81344, Cleveland, OH 44188
Dentistry Plus, 1779 Patrick Drive, Burlington, KY 41005
DTA Solutions LLC, 9428 Baymeadows Road Suite 260, Jacksonville, FL 32256
E Care Contact Centers, 300-433 Main Street, Winnipeg, MB R3B 1B3
FFS Inc., 5922 Curzon Avenue, Fort Worth, TX 76107
Fingerhut, PO Box 166, Newark, NJ 07101
First Premier Bank, P O Box 5529, Sioux Falls, SD 57117-5529
GE Capital Retail Bank, PO Box 960061, Orlando, FL 32896-0061
General Electric Evendale-FCU, 10485 Reading Road, Cincinnati, OH 45241
Harrison Ross Byck, Esq., Bucks County Office Center, 1276 Veterans Highway, Suite E-1,
     Bristol, PA 19007
Heights Finance Corp., 7840 Connector Drive, Florence, KY 41042
HSBC Card Services, PO Box 5222, Carol Stream, IL 60197
Huntington Bank, P.O. Box 1054, Cincinnati, OH 45270
Independent Anesthesiologist, PO Box 12749, Covington, KY 41012-2749
James T. Hart, Esq., Weltman, Weinburg, Reis Co., LPA, 525 Vine Street, Suite 800, Cincinnati,
     OH 45202
M & I Bank, 180 North Executive Drive, Brookfield, WI 53005
National Credit Adjusters, PO Box 3023
327 W 4th Street, Hutchinson, KS 67504
Progressive Podiatry, PO Box 636389, Cincinnati, OH 45263-0001
Smith Haynes & Watson, LLC, PO Box 97457, Las Vegas, NV 89193
St. Elizabeth Physicians, PO Box 635283, Cincinnati, OH 45263-5283
The Bank of Kentucky Two, PO Box 577, Florence, KY 41022
Transworld Systems, Redional Office, 1717 Dixie Highway, #490, Covington, KY 41011
United Cash Loans, 2533 N. Carson Street #5020, Carson City, NV 89706
WFCB-Venue, PO Box 659707, San Antonio, TX 78265-9707

                                            **/s/ Eric A. Steiden**

                                            Eric A. Steiden (OH: 0063978   KY: 88321)
                                            STEIDEN LAW OFFICES
                                            411 Madison Avenue
                                            Covington, KY 41011
                                            (859) 581-3328
                                            (513) 684-9910 - fax
                                            esteiden@steidenlaw.com